**Electronically Filed
Supreme Court
SCPW-19-0000463
17-JUL-2019
02:27 PM**

SCPW-19-0000463

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

THOMAS RUSSI AND CHRISTINE RUSSI, Petitioners,

vs.

COMMISSION ON JUDICIAL CONDUCT, Respondent.

---

ORIGINAL PROCEEDING

<u>ORDER DENYING PETITION FOR WRIT OF MANDAMUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon review of the May 25, 2019 email from Thomas and Christine Russi to the Chief Justice of this court, which on June 25, 2019, we deemed to be a petition for writ of mandamus which seeks relief from a May 22, 2019 disposition by the Commission on Judicial Conduct of a complaint submitted earlier to the Commission by the Russis, we conclude that nothing in the record demonstrates the Commission committed a manifest and flagrant abuse of discretion of the authority delegated to it by this court through Rule 8 of the Rules of the Supreme Court of the State of Hawaiʻi.  <u>See</u> <u>State ex. rel. Marsland v. Ames</u>, 71 Haw. 304, 307, 788 P.2d 1281, 1283 (1990); <u>see</u> <u>also</u> <u>Barnett v.</u>

Broderick, 84 Hawaiʻi 109, 111, 929 P.2d 1359, 1361 (1996).
Therefore,

IT IS HEREBY ORDERED that the petition is denied.

DATED: Honolulu, Hawaiʻi, July 17, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

